THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Keion Griffin, Appellant.
 
 
 

Appeal From Horry County
Larry B. Hyman, Jr., Circuit Court Judge

Unpublished Opinion No.  2011-UP-387
 Submitted August 11, 2011  Filed August
15, 2011  

APPEAL DISMISSED

 
 
 
 Senior Chief Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for
 Respondent.
 
 
 

PER CURIAM:  Keion
 Griffin appeals his convictions for murder and possession of a weapon during
 the commission of a violent crime, arguing the trial court erred in giving the
 jury an Allen[1] charge.  After a thorough review of the record and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[2]
APPEAL DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur. 

[1] Allen v. United States, 164 U.S. 492 (1896).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.